UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JUAN CARLOS GARCIA PALENCIA, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 846 |
| Defendant. | : | (Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine) |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |
| | : | |
| | : | (UNDER SEAL) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about September 16, 2020, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least July 1, 2021, within the District of Columbia and elsewhere, defendant, **JUAN CARLOS GARCIA PALENCIA**, did knowingly and willfully combine, conspire, confederate and agree together with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II

narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about July 1, 2021, within the District of Columbia, **JUAN CARLOS GARCIA PALENCIA**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

> (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /GPR*

Attorney of the United States in
and for the District of Columbia.